# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA CLARK, | CASE NO. 2:19-CV-12446 |
| Plaintiff, | HON. TERRENCE G. BERG |
| v. | MAG. STEPHANIE DAWKINS DAVIS |
| TRINITY CONTINUING CARE SERVICES, a Michigan non-profit corporation, d/b/a St. Joseph Mercy Senior Communities, d/b/a Trinity Health-Marycrest Manor, | |
| Defendant. | |

| | |
|---|---|
| BRYAN MONAGHAN (P42461) | WILLIAM J. VINCENT (P38430) |
| THE LAW OFFICE OF BRYAN MONAGHAN | JACLYN R. GIFFEN (P75316) |
| | ANTON A. DIRNBERGER, II (P80261) |
| *Attorneys for Plaintiff* | LITTLER MENDELSON, P.C. |
| 337 South Main Street | *Attorneys for Defendant* |
| Suite 201 | 200 Renaissance Center, Suite 3110 |
| Rochester, Michigan 48307 | Detroit, Michigan 48243 |
| Telephone: (248) 608-5300 | Telephone: (313) 446-6407 |
| bryan@bryanmonaghanlaw.com | (313) 202-3170 |
| | (313) 202-3261 |
| | wvincent@littler.com |
| | jgiffen@littler.com |
| | adirnberger@littler.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court, and Plaintiff, Patricia Clark, and Defendant, Trinity Continuing Care Services, through their respective counsels, having stipulated to the entry of an Order dismissing the case with prejudice and

without costs or attorney fees to any party, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice, and without costs or attorney fees to any party.

Dated: March 5, 2020         /s/Terrence G. Berg
                             Honorable Terrence G. Berg
                             United States District Judge

**PLAINTIFF AND DEFENDANT, THROUGH THEIR RESPECTIVE COUNSELS, STIPULATE TO THE ENTRY OF THIS ORDER TO DISMISS CASE.**

| GWINN LEGAL, PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Bryan Monaghan (w/consent)* | */s/ Jaclyn R. Giffen* |
| Bryan Monaghan (P42461) | Jaclyn R. Giffen (P75316) |
| 337 South Main Street, Suite 201 | 200 Renaissance Center, Suite 3110 |
| Rochester, Michigan 48307 | Detroit, Michigan 48243 |
| (248) 608-5300 | (313) 202-3261 |
| bryan@bryanmonaghanlaw.com | jgiffen@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: March 5, 2020 | Dated: March 5, 2020 |

2